

# Fourth Court of Appeals
## San Antonio, Texas

November 18, 2016

No. 04-16-00031-CV

John W. **LENZ** and Shannon E. Lenz,
Appellants

v.

**BANK OF AMERICA, N.A.**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2015CV00687
Honorable David J. Rodriguez, Judge Presiding

## O R D E R

The appellant's motion for extension of time to file motion for rehearing is hereby GRANTED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of November, 2016.

_____
Keith E. Hottle
Clerk of Court